**Order entered December 3, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01202-CV

### IN RE THE COMMITMENT OF STEVEN EDWARD MENDOZA

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV1770003**

## ORDER

The reporter's record in this appeal was requested on July 5, 2018 and first due August 10, 2018. When it had not been filed by October 16, 2018, we directed the court reporter to file the record no later than November 15, 2018. To date, however, the record has not been filed.

Accordingly, we **ORDER** court reporter Debi Harris to file the record no later than December 17, 2018. As appellant has filed a declaration of inability to pay cost, the record shall be prepared without payment of costs. *See* TEX. R. CIV. P. 145.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Tracy Holmes, Presiding Judge of the 363rd Judicial District Court; Ms. Harris; and, the parties.

/s/     DAVID EVANS
        JUSTICE